# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,               :          Case No. 3:08-cr-175
                                                                  also 3:11-cv-299

                                                                  District Judge Thomas M. Rose
     -vs-                                   Magistrate Judge Michael R. Merz
                                           :

JEREMY E. LEWIS,

      Defendant.

## DECISION AND ORDER DENYING SECOND MOTION FOR LEAVE TO AMEND

This case is before the Court on Defendant's Defendant's Second Motion for Leave to Amend his Motion to Vacate under 28 U.S.C. § 2255 (Doc. No. 147). A motion to amend is a non-dispositive pretrial motion which a magistrate judge has authority to decide.

As Defendant admits, he learned no later than August 2010 that his attorney had not filed a notice of appeal on his behalf. The Motion for Leave to Amend was not filed under January 11, 2012. The new claim is therefore barred by the one-year statute of limitations in § 2255 and granting the Motion would be futile because the amended motion would be subject to dismissal on timeliness grounds. Therefore the Motion is DENIED.

January 11, 2012.

                                                                         s/ **Michael R. Merz**
                                                                   United States Magistrate Judge