# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:08-cr-175 |
| | | Also 3:11-cv-299 |
| Petitioner, | : | |
| - vs - | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael R. Merz |
| | : | |
| JEREMY E. LEWIS | | |
| | : | |
| Defendant. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 249), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Defendant Lewis's Motion for a Certificate of Appealability (ECF No. 248) is hereby construed as a notice of appeal from the May 5, 2016, Entry and will be transmitted to the Sixth Circuit Court of Appeals for consideration.

July 26, 2016                                    THOMAS M. ROSE

                                                 Thomas M. Rose
                                                 United States District Judge