# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

: Case No. 3:08-cr-175

Plaintiff,

: District Judge Thomas M. Rose
   -vs-                                                 Magistrate Judge Michael R. Merz

JEREMY E. LEWIS,

:

Defendant.

## RECOMMITTAL ORDER

This case is before the Court on Defendant's Objections (Doc. No. 299) to the Magistrate Judge's Report and Recommendations (Doc. No. 295).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

March 21, 2018.                           *s/Thomas M. Rose*

                                                      Thomas M. Rose
                                                      United States District Judge