# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:08-cr-175 |
| | | Also 3:11-cv-299 |
| Petitioner, | : | |
| | | |
| - vs - | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael R. Merz |
| | : | |
| JEREMY E. LEWIS | | |
| | : | |
| Defendant. | | |

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 324), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Defendant Lewis's Motion to Vacate the Court's Rule 11 Sanctions Order (ECF No. 322) is DENIED.

June 7, 2018        *s/Thomas M. Rose

Thomas M. Rose
United States District Judge