# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,    :    Case No. 3:08-cr-175

                                 District Judge Thomas M. Rose
   -vs-                         Magistrate Judge Michael R. Merz
                             :

JEREMY E. LEWIS,

      Defendant.

---

## REPORT AND RECOMMENDATIONS

This case is before the Court on Defendant's "Rule 60(b)(6) Motion to Vacate Rule 11 Sanction Order Under the 'Miscarriage of Justice' Exception" (ECF No. 351). As a post-judgment motion, the matter is deemed referred to the Magistrate Judge for report and recommendations under 28 U.S.C. § 636(b)(3).

The Magistrate Judge is under an order from District Judge Rose to strike any new Rule 60(b0 motions filed by Lewis (ECF No. 313). However, Lewis currently has appeals pending before the Sixth Circuit Court of Appeals in that court's case numbers 18-3434, 18-643, and 18-3645. On April 23, 2019, the Sixth Circuit granted Lewis a certificate of appealability on the issue of "whether the district court abused its discretion as to the scope of its injunctive order. . . ." *Lewis v. United States*, Case Nos. 18-3434/3643/3645 (6th Cir. Apr. 23, 2019)(unreported; copy at ECF No. 349).

Although the instant Motion plainly falls within the scope of the sanctions order, the Magistrate Judge believes it is prudent to delay consideration of the Motion until the Sixth

Circuit rules on the certified question.  This course of action is permitted by Fed.R.Civ.P. 62.1.

Accordingly, it is respectfully recommended that the Court defer ruling on the instant Motion pending a decision by the Sixth Circuit on Lewis's pending appeals.

December 17, 2019.

s/ *Michael R. Merz*<br>United States Magistrate Judge

### NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to seventeen days because this Report is being served by mail. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140, 153-55 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).