**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA,

                Plaintiff,          :         Case No. 3:08-cr-00175

                                            District Judge Thomas M. Rose

                                            Magistrate Judge Michael R. Merz

JEREMY E. LEWIS,

                Defendant.        :

---

## REPORT AND RECOMMENDATIONS

---

This criminal case is before the Court on transmission from the Sixth Circuit Court of Appeals of a Motion for Leave to Appeal *in forma pauperis* (ECF No. 477).  Defendant captioned the matter in the Sixth Circuit, but that Court's Case Manager determined "These forms are due in the district court.  I am attaching these documents for filing in the district court, and for the court's consideration."  *Id.* at PageID 2735.

On May 5, 2026, the Court entered filed an Entry And Order Overruling Appeal To District Judge Thomas Rose Of Magistrate Judge's Notation Order Dk #472 Denying Lewis's Leave Of Court To File A Rule 60(B)(6)(ECF No. 474).  It is this order that Lewis has appealed and seeks to proceed in that appeal *in forma pauperis*.

Because of his extensive prior Rule 60(b) filings, Lewis is required to obtain court permission for further filings under that rule.  In the instant proposed 60(b) filings, Lewis had

1

intended to argue that he was actually innocent of the crime of which he had been convicted. Because he had previously attempted unsuccessfully to file such a motion, the Court found that the law of the case prevented him from raising it again.  *Id.*

In his instant Motion for Pauper Status, Lewis seeks to raise on appeal the merits of his actual innocence claim.  He does not address this Court's actual ruling that he is barred from doing so by the law of the case. Because he did not appeal when this Court ruled on the merits of his actual innocence claim, he is barred from doing so now by the law of the case doctrine.  The Court should therefore deny the Motion for Pauper Status.

In an abundance of caution, the Court should also deny a certificate of appealability because reasonable jurists would not disagree with this conclusion.

July 8, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.